# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 23, 2016

Matthew Washington
Phillips SP - Inmate Legal Mail
2989 W ROCK QUARRY RD
BUFORD, GA 30519

Appeal Number: 16-10722-H
Case Style: Matthew Washington v. State Board of Pardons and Par
District Court Docket No: 1:14-cv-04010-AT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

This Court has determined that the "three strikes" provision of the Prison Litigation Reform Act of 1995 is applicable to you. See Rivera v. Allin, 144 F.3d 719 (11th Cir. 1998), cert. dismissed, 119 S.Ct. 27 (1998).

Consistent with 28 U.S.C. § 1915(g), this appeal cannot proceed until the full docketing and filing fees are paid to the United States **DISTRICT COURT**. Pursuant to 11th Cir. R. 42-1 (b), you are hereby notified that if the fees have not been paid within fourteen (14) days from this date, **this appeal will be dismissed without further notice by the clerk**.

**If the docketing and filing fees are paid**, you are hereby notified that pursuant to 11th Cir. R. 31-1, APPELLANT'S BRIEF AND APPENDIX ARE DUE TO BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. This is the only notice you will receive concerning the due date for filing briefs and appendix. If appellant's brief and appendix are not filed by the due date, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-2.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed with the court by every appellant, appellee, intervenor and amicus curiae, including governmental parties. Appellants (and cross-appellants) must file their CIP within 14 days of the date this appeal has been docketed, or along with the filing in this court of any motion, petition, or pleading, whichever occurs first. The time

for filing the opposing party's CIP or notice is set by 11th Cir. R. 26.1-2(c). In the case of publicly traded corporations, counsel must include the stock ticker symbol after the corporate name. See 11th Cir.R. 26.1-3(c).

On the same day the CIP is served, the party filing it must also complete the court's web-based certificate at the [Web-Based CIP](#) link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Dionne S. Young, H
Phone #: (404) 335-6224

DKT-4 Three Strikes