IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF GEORGIA
ATLANTA DIVISION

MATTHEW WASHINGTON PRO SE
PLAINTIFF
V.        NO. 1:14-CV-4010-AT
STATE BOARD OF
PARDONS AND
PAROLES, DEFENDANTS

MATTHEW WASHINGTON PRO SE
PLAINTIFF
V.        NO. 1:15-CV-849-AT
DR. PATEL AND DR.
BESS, DEFENDANTS

MATTHEW WASHINGTON PRO SE
PLAINTIFF
V.        NO. 1:14-CV-4131-AT
WARDEN HOLT
DEFENDANTS

MATTHEW WASHINGTON PRO SE
PLAINTIFF
V.        NO. 1:15-CV-1061-AT
GOVERNOR NATHAN DEAL
DEFENDANTS

NOTICE OF APPEAL

COMES NOW MATTHEW WASHINGTON AND APPEALS THESE CASES TO

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 12 2016
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

THE UNITED STATES APPEALS COURT, ELEVENTH CIRCUIT IN ATLANTA, GEORGIA.

THIS 8th day OF FEbRUARY 2016

*Matthew Washington*

HOLY REV. MATTHEW WASHINGTON
NO. 390995 PHILLIPS STATE PRISON
2989 WEST ROCK QUARRY ROAD
BUFORD, GA 30519





HOLY REV. MATTHEW WASHINGTON
No. 390995 Phillips State Prison
2989 West Rock Quarry Road
Buford, GA 30519

HON. JAMES N. HATTEN
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 2211
75 TED TURNER DRIVE SW
ATLANTA, GA 30303-3361



UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN** | **DOCKETING SECTION** |
| CLERK OF COURT | 404-215-1655 |

February 17, 2016

Matthew Washington
390995
Phillips State Prison
2989 W. Rock Quarry Road
Buford, GA  30519

      **Re:**   *Matthew Washington v. State Board of Pardons and Paroles*
             **Civil Action No.:  1:14-cv-4010-AT**

Dear Mr. Washington:

    On February 11, 2016, we received and filed your Notice of Appeal for the above case.  Please be advised that we did not receive the following:

   __X__   Appeal fee $505.00   (Docketing fee $500.00 and Filing fee $5.00)

   __X__   or Application to proceed on appeal *in forma pauperis*.

   _____   Please complete the attached appeal information sheet as directed.

                          Sincerely,

                          James N. Hatten
                          District Court Executive and
                          Clerk of Court

                      By:  /s/ Kimberly Carter
                          Deputy Clerk

cc:    USCA