IN THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

MATTHEW WASHINGTON PRO SE
PLAINTIFF   NO. 1:14-CV-4010-AT
V.
STATE BOARD OF PARDONS AND PAROLES
DEFENDANTS

"SECOND" NOTICE OF APPEAL "OUT OF TIME"

COMES NOW MATTHEW WASHINGTON AND APPEALS; OUT OF TIME AND BECAUSE I AM MENTALLY ILL AND SLOW: SEE id. 4(A)(5) THIS APPEAL IS LATE. THE TIME TO APPEAL FOR good CAUSE OR EXCUSABLE NEGLECT.

PLAINTIFF APPEALS TO THE NEXT LEVEL. REVERAND MATTHEW WASHINGTON APPEALS TO U.S. COURT OF APPEALS, ELEVENTH CIRCUIT IN ATLANTA, GEORGIA THIS 10th dAY OF FEB. 2016

_Matt Washingts_
MATTHEW WASHINGTON #390995

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 16 2016

JAMES N. HATTEN, CLERK
BY J. Brannon
Deputy Clerk



MATHEW WASHINGTON-SOLY REV.
NO. 390995 PHILLIPS STATE PRISON
2989 W. ROCK QUARRY Rd.
BUFORD, GA 30519

HON. JAMES N. HATTEN
CLERK, U.S. DISTRICT COURT
2211 U.S. COURTHOUSE
75 Ted Turner Drive SW
ATLANTA, GA 30303

CLEARED
U.S. Marshals
Atlanta Ga