**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW WASHINGTON,<br>               Plaintiff,<br><br>vs.<br><br>STATE BOARD OF PARDONS AND PAROLES,<br>               Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-4010-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the report and recommendation of the Magistrate Judge, and the court having adopted the report and recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to seek habeas relief in the Southern District or seek permission from the court of appeals to file a successive habeas petition.

Dated at Atlanta, Georgia, this 30th day of January, 2015.

                                                  JAMES N. HATTEN
                                                CLERK OF COURT

                                       By:   s/Andrea Gee
                                             Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 30, 2015
James N. Hatten
Clerk of Court

By:   s/Andrea Gee
       Deputy Clerk