U.S. COURT OF APPEALS
RECEIVED
MAR 10 2016
ATLANTA, GA

PHILLIPS STATE PRISON
BUFORD GA
F-2 CELL #15

THURSDAY
3/3/2016

**I AM ON A HUNGER STRIKE.**

I WILL NOT EAT NOTHING AS LONG AS I AM AT PHILLIPS STATE PRISON.

GOD IS MY WITNESS.

*Matthew Wash Jr*

HOLY REV. MATTHEW WASHINGTON
NO. 390995
PHILLIPS STATE PRISON
2989 W. ROCK QUARRY Rd.
BUFORD, GA 30519

MW

MW    MW

MW