IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WASHINGTON, | :: | PRISONER CIVIL RIGHTS |
| Plaintiff, | :: | 42 U.S.C. § 1983 |
| | :: | |
| v. | :: | |
| | :: | |
| STATE BOARD OF PARDONS AND | :: | CIVIL ACTION NO. |
| PAROLES, | :: | 1:14-CV-4010-AT |
| Defendant. | :: | |

## **ORDER**

Plaintiff is a state prisoner who, pro se, sought relief under 42 U.S.C. § 1983 in this case [1]. The Court dismissed the case without prejudice because Plaintiff failed to comply with an injunction order applicable to civil suits he files in federal court [9]. The Court later denied Plaintiff's motion to reopen the time to appeal because he filed the motion more than 180 days after judgment was entered [15].

Plaintiff nevertheless filed notices of appeal, (docs. 16, 19), and an application to proceed *in forma pauperis* ("IFP") on appeal, (doc. 24). It is not clear from his filings whether Plaintiff appeals the Court's judgment dismissing this case or the Court's Order denying his motion to reopen the time to appeal (or both).

Because he was not permitted to proceed IFP in this Court, Plaintiff can proceed IFP on appeal only if he attaches to his application "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms [his] inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C)

AO 72A
(Rev.8/82)

states the issues that [he] intends to present on appeal." Fed. R. App. P. 24(a)(1).

Plaintiff did not attach an affidavit, much less one satisfying those requirements, to

his application to proceed IFP on appeal or to any of his notices of appeal. (Docs. 16,

19, 24).

Accordingly, Plaintiff's application to appeal IFP [24] is **DENIED**. The Court

**DIRECTS** Plaintiff to submit the $505 appellate filing fee within **thirty (30) days**

of service of this Order. Alternatively, Plaintiff may file with the Court of Appeals a

motion to appeal IFP within thirty (30) days of service of this Order. *See* Fed. R. App.

P. 24(a)(5).

**SO ORDERED** this 14th day of March, 2016.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

2