# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 26, 2016

Matthew Washington
Phillips SP - Inmate Legal Mail
2989 W ROCK QUARRY RD
BUFORD, GA 30519

Appeal Number: 16-10722-H
Case Style: Matthew Washington v. State Board of Pardons and Par
District Court Docket No: 1:14-cv-04010-AT

RETURNED UNFILED: Motion for Reconsideration filed by Matthew Washington is returned unfiled because this case is closed. No further relief is available from this Court.

Mr. Washington, you will need to pay the full appeal filing fee to the District Court before any action can be taken by this Court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, H
Phone #: (404) 335-6224

MOT-11 Motion or Document Returned