16-10722

CASE NO. 16-10722

Matthew Washington
#GDC390995
Phillips SP - Inmate Legal Mail
2989 W ROCK QUARRY RD
BUFORD, GA 30519

U.S. COURT OF APPEALS
RECEIVED CLERK
APR 22 2016
ATLANTA, GA

---

UNITED STATES OF COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

MOTION TO RECONSIDER

COME NOW MATTHEW WASHINGTON PROSE AND REQUEST RECONSITION AND ASK THE COURT WHAT IS THE COURT; WHAT IS THE PRICE WE PAY FOR JUSTICE; WHEN WE HAVE NO MONEY AND NO KNOWLEDGE OF THE LAW. RESPECTFULLY SUBMITTED. THIS 19th DAY OF APRIL 2016

_____
HOLY REV. MATTHEW WASHINGTON
PRO SE
MENTAL HEALTH UNIT AT PHILLIPS STATE PRISON, BUFORD, GA